**ORIGINAL**

FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0100

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0100

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ANTHONY CRAIG WEIMER,

    Defendant and Appellant.

_____

FILED

OCT 23 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Anthony Craig Weimer filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Weimer responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We have considered the arguments raised by counsel and by Weimer. We conclude there are no arguments with potential legal merit that could be raised in Weimer's appeal in this case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Weimer personally.

DATED this 23rd day of October, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices